UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC SCHLEYER, et al., <br><br>                              Plaintiffs, <br><br>                v. <br><br> STARBUCKS CORPORATION, <br><br>                              Defendants. | 22-CV-10932 (DEH) <br><br> NOTICE OF PRETRIAL CONFERENCE |

DALE E. HO, United States District Judge:

Per ECF No. 38, it is hereby ORDERED that counsel for all parties appear for a conference with the Court on **October 24, 2023, at 3:00 pm E.T.** on Microsoft Teams Video Conference with the following meeting ID: 219 688 674 497 and passcode: hvbYLy.[1]  Absent leave of Court obtained by letter-motion filed before the conference, the conference must be attended by the attorney who will serve as principal trial counsel.

SO ORDERED.

Dated: October 19, 2023
       New York, New York

                                                                        DALE E. HO
                                                                United States District Judge

---

[1] https://teams.microsoft.com/l/meetup-join/19%3ameeting_ZTcxMmJjZmUtNmY0Ni00MmQ4LWIzZDgtODE4ZjNjMTBjMzIy%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%22748094c7-86ce-4a34-9a85-a7e22a4ed325%22%7d.