UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC SCHLEYER and EMILYN MISHKAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>Defendant. | Case No. 22-cv-10932-DEH<br><br>Hon. Dale E. Ho, U.S.D.J.<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Eric Schleyer and Emilyn Mishkan ("Plaintiffs") and Defendant Starbucks Corporation ("Starbucks") (together with Plaintiffs, the "Parties") hereby stipulate and agree that: (1) Plaintiffs' individual claims in the above-captioned matter are dismissed with prejudice; and (2) the putative class claims in the above-captioned matter are dismissed without prejudice. Each Party shall bear his, her, their, or its own costs and expenses, including attorneys' fees, except as otherwise agreed to by the Parties. Each Party also waives any and all rights of appeal.

AGREED AND STIPULATED TO BY:

**TREEHOUSE LAW, LLP**

/s/ [signature]
Benjamin Heikali (*pro hac vice*)
10250 Constellation Blvd., Ste. 100
Los Angeles, CA 90067
Tel: (310) 751-5948
bheikali@treehouselaw.com

**CUSTODIO & DUBEY, LLP**

Robert Abiri
445 S. Figueroa Street, Ste. 2520

**K&L GATES LLP**

/s/ [signature]
Loly G. Tor
One Newark Center, 10th Fl.
Newark, New Jersey 07102
Tel: (973) 848-4026
loly.tor@klgates.com

Paul W. Sweeney, Jr.
(admitted *pro hac vice*)
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, California 90067
Tel: (310) 552-5000

507502212.1

<div style="columns:2">

Los Angeles, CA 90071
Tel: (213) 593-9095
Fax: (213) 785-2899
abiri@cd-lawyers.com

*Attorneys for Plaintiffs Eric Schleyer and Emilyn Mishkan*

Dated: March 12, 2024


SO ORDERED.

*[signature]*

Dale E. Ho
United States District Judge
Dated: March 13, 2024
New York, New York

paul.sweeney@klgates.com

Pallavi Mehta Wahi
(admitted *pro hac vice*)
Shelby R. Stoner
(admitted *pro hac vice*)
925 Fourth Avenue, Ste. 2900
Seattle, WA 98104
Tel: (206) 623-7580
pallavi.wahi@klgates.com
shelby.stoner@klgates.com

*Attorneys for Defendant Starbucks Corporation*

Dated: March 12, 2024

</div>